**Ronald GARY, Plaintiff—Appellant,**

v.

**Ms. BREWINGTON, RN; Doctor Sherman, MD; Mr. Doigherty, Director of Greenville County Detention Center; County of Greenville, Defendants—Appellees,**

**and**

**Greenville County Detention Center, Defendant.**

**No. 08–8341.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 13, 2009.

Decided: July 21, 2009.

Ronald Gary, Appellant Pro Se. Russell W. Harter, Jr., Chapman, Harter & Groves, P.A., Greenville, South Carolina, for Appellees.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Gary appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gary v. Brewington*, No. 4:06–cv–02216–PMD–TER, 2008 WL 4458163 (D.S.C. Sept. 30, 2008). We deny Gary's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*